

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                      PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

FILED

NOV 17 2017

DAVID CREWS, CLERK
BY _____ Deputy

*Denarius Antone, Roscoe.*

**Plaintiff**

v.

*Timothy ouAlaw / Michal Dean.*

**Defendant**

CASE NO. *2014-0085/2*

*3:17CV234- mPm -RP*

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1.  The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name: *Denarius, Antone, Roscoe.*

    B. Name under which sentenced: *Judge, Ashley Hinds, Denarius Roscoe.*

    C. Inmate identification number: *169994*

    D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): *Mississippi, State, Penitentiary, P.O. Box 1057 Parchman Mississippi, 38738.*

    E. Place of confinement: *Mississippi, State, penitentiary.*

2.  Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name: *Management, Training, Corperation.*

    Title (Superintendent, Sheriff, etc.): *N/A*

    Defendant's mailing address (street or post office box number, city, state, ZIP): *833 west street, P.O. Box 5188 Holly spring Mississippi, 38635.*

United States District Court
Northern District of Mississippi

Plaintiff

Case No.

Defendant

Prisoner's Complaint Challenging Conditions of Confinement

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

Name: *Timothy outlaw /warden.*

Title (Superintendent, Sheriff, etc.): *N/A*

Defendant's mailing address (street or post office box number, city, state, ZIP): *833 west street P.O. Box 5188, Holly spring Mississippi, 38635.*

Name: *Micheal Oggn /Chief of security.*

Title (Superintendent, Sheriff, etc.): *N/A*

Defendant's mailing address (street or post office box number, city, state, ZIP): *833 west street P.O. Box 5188, Holly Sring Mississippi, 38635.*

Name: *N/A*

Title (Superintendent, Sheriff, etc.): *N/A*

Defendant's mailing address (street or post office box number, city, state, ZIP): *N/A*

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?

☐ Yes          ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): *N/A*

Defendant(s): *N/A*

B. Court: *N/A*                    C. Docket No.: *N/A*

D. Judge's Name: *N/A*            E. Date suit filed: *N/A*

F. Date decided: *N/A*            G. Result (affirmed, reversed, etc.): *N/A*

5. Is there a prisoner grievance procedure or system in the place of your confinement?

☑ Yes          ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).

☑ Yes          ☐ No

7. If you checked "Yes" in Question 6, answer the following questions: *I wrote a (A.R.P) Grievance on March 15, 2017, a Day after this incident, stating play for play.*

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 3

A. Does the grievance system place a limit on the
time within which a grievance must be presented?          ☑ Yes          ☐ No

B. If you answered "Yes," did you file or present your
grievance within the time limit allowed?                 ☑ Yes          ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative
remedies before it can consider this Complaint. State everything you did to present your
grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to
prison officers; identify the officer(s). State your claim(s) exactly.

I wrote a Aministrative Remedy Request, to the prison
(administartion), about this matter, I Got a Responde Back
from Captain: Sadidra Rodgers telling me that, this incident
is still under investigation. I Complained Dayly about me seeing
a (mental Health) Personal Cause I Couldn't not like a month
behind incident, then they me in the Lockdown unit it happen in for
a week, then script to the (mississippi state penitentairy) I saw to
a void my complaint. it took about two week for them to get my Request,
in didn't Responde till a month or so outher word.

_____

D. State specifically what official response your grievance received. If the prison provides an
administrative review of the decision on your grievance, state whether you applied for that
review and what the result was.

I was told this incident was still under investgation
from my first Responde I Got, I wrote (aministrative Remedy program)
applying for "Justice" the only Results I Get is this matter is
still being Reviewed, and I Didn't get that Responde till they moved
me, why I was Housed at the prison behind this matter I was being
terrized by the (Chief of security) for Having my family Call the
facility about my Concern, in I never got a Responde, before I lift
or seen mental Health about this matter, How I was being terrized),
(micheal Dean) Chief of security, was sending Lieutentent: John Davis was
Coming every time I get off the phone with my family telling them to send some
body to Checkme by medical person + mental Health person (I was (traumatized)
By this person or should I say these people.

[illegible]

[illegible]

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

N/A

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On march 14 2017, I was assaulted on (Camara) by a sergent by the name of L. Jones, for me going to Warden Timothy outlaw in Chief of security michael Dean about Him taking money from me, for some Contriband 3 teams a week Before this incident. I told Chief of security michael Dean that sergent Was still coming in threating me out her they Removed Him from segegation lock down Before this incident. march 14 2017 sergent L. Collins Came to the Lock down unit in told me to pack up im moving back to General population, I did so in Cuffed up to be pulled out the + sergent Jone's Had words as I was coming out my Cell I was in He said to sergent Collins I in going to assault Roscoe for telling the warden Timothy outlaw in Chief of security I took money from him. sergent Collins told sergent Jones twice to Just Come Down in Let A go, sergent Jones was seting Down at the desk Before sergent open my Door, when mr. Collins open my Door So I could Be moved Back to population, mr. Jones got up in on (Camara) walked over to me in Hit me twice in the Head With (Hand Cuffs) while I was Cuffed up posin no threat. it Happen in (amini structive segregation unit on approximate Date, in between 2:30 to 2:55 pm.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

Dayroom area). I told warden outlaw that mr. Jones was threating me but what He was going to Do when He catch me/they was still putting mr. Jones around me that When I got assaulted By mr. Jones in getting my Head Busted wide open out (Canada). He assaulted mr. Collins with cuff's for trying to stop this team attacking me a third time.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I'm asking for the courts Help on Helping me suit Marshall County, correctional facility / management, Training, corporation prison a private prison. rn the authority that was in control of the (private) prison at that time this incident occured with me. And it resulted in a bad way for me by having my Head busted, Being Trauma tized in some time I still have Nightmare about that incident in what Happen to me in me telling the authority in they put that person round me still in I got assaulted. I'm wanting $2.5 million for the Danger i was Cost onder this authority + private Business owners confindment.

This Complaint was executed at (location): _Marshall County, Correction t facility._

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: _June 30, 2017_

_Denarus Antone, Roscoe_
**Plaintiff's Signature**

RECEIVED
MAR 30 2017
Administrative Remedy Program

This is a Request for: Aministrative, Remedy, Grievance Procedure.

Name: Denarius Antone Roscoe  M.D.O.C. Number: 169994

Date of incident: 03/14/2017  Time of incident: Between 2:45 & 40 am/pm time

Place of incident: Management Training Corperation / Marshall County Correctional facility

Unit: Aministrative segregation Lockdown / Dayroom area.

Alleged Complaint: On the above Date & around approximate timing, I offender Denarius Antone Roscoe was Housed at a (MTC) Marshall County Correctional facility) an in Aministrative segregation unit. Sergent L. Jones was working the segregation unit at the Day in time this incident arored. A sergent By the name of L. Collins came to the cell I was in cell #109 in told me to pack up in cuff up so I could be move Back to a close custody Building & zone cause my segregation time waz over. I pack up in waz put in Restrints By sergent Collins before coming out of the cell, cell #109. Sergent L. Jones waz making threating alligations & cursing me for me telling the wardens Timothy Outlaw & H. Taylor that he had takking money from me weeks before this incident for Country Band Items. He told both wardens that he took "Cash Money" but forgotten to write a rule Violation Report, on ther they questing him. Out of the cell in Restraints, sergent Collins help me put my property in a laundry Basket to be transported Back to a close custody Housin Building. Sergent L. Jones say to me in front of sergent L. Collins, if I get him fired he was going to assault me before he left, so I said "You aint Going to Do Nothing to me." then sergent L. Jones walk over to me in Handcuffs in Hit me in the Head with Handcuffs He Had in his Hands when the aproacted me on Camara threating & Disrespecting me. He also assaulted sergent L. Collins in the face on camala from trying to stop him from assaultin me a three time. I didn't pose a threat to the sergent. Sergent L. Jones to Be Cruel in unual punished, treated that a wal, in Being placed on a pending investigation Reclassification process for Long term segregation. this incident happen on camara in it's clear to see that my rights Have Been violated By (MTC). therefor I'm filing a lawsuit aguinst the (Managment Training corperation) for this matter as a matter of law as a institutional matter, for [Cruel in unual Punishment].

Relief Requested: I'm wanting 2.5 Million for the Damage I was Cost in Me Being Traumaties in having Nightmares about that incident. I will Pursuit with My Lawsuit on M.A.C/MCCf institution for the Damage Sergeant L. Jones Cause in Had Done to Me for No Reason at all while I was in full Restraints in wasn't a threat to no one Not even Myself. In My Constitutional 1amendment Rights was Violated which is another Reason why I'm filing for a Lawsuit on the Managment Training Corporations so there for Justice should Be Served in Given about this Matter as a institutional Matter + a Matter of the Law. I wrote a A.R.P Form a day after the incident Havn't Got a Response Back yet.

Respectfully submitted, for Help

Date: March 22,2017    inmate signature: Denarius Autone, Roscoe #169994

Handmail

(A.R.P form)

Whome it Mail Concern

Handmail

Handmail

(A.R.P form)

Whom it Mail Concern

Handmail

MCCF-17-44.

**MTC** Marshall County Correctional Facility

Inmate Name: Denarius Antone, Roscoe

Inmate Number: 164994

Date of Incident: 03 / 14 / 2017   Time of Incident: Between 2:30 3:30 pm   Cell Number: Cell #109

Place of Incident: Marshall Coality correctional facility/ AO see Day Room area

Alleged Complaint: On above date +approximate time, I offender Denarius Roscoe was assaulted By Sgt. L. Jones after He atickily takin money from Me for (Candy/Band aid's) a week Before this assault incident. I was coming out My cell in a Delta #109 to be moved to Delta Dorm (zone 3) Cell #108. Before I could leave a Officer Sgt. L. Jones int Had words bout the takin Money from Mr. I was reported to the wardens: 9. outlaw, H. Taylor Chief M. Dean & the Contract Monitor Barbra Janes. Sgt. L.? Hispett in walkedover to Me Getting in My face in say I took pssy ass Nigga fuck you) then struck Me in the Head with a pair of Hand cuff's inputting a cute in My Head pleale can I be seen about this Matter as a (institutional) Matter please + thank You for your Help.

Relief Requested: I want to pursit with My (prosecution) against Sgt. L. Jones Because I was assaulted By this Sergeant for no reason at all (on Camara) in Hand cuffs why I was Being Moved Back to a close custody zone. Didn't cull's depreblems, wasn't no treat at at that time or at that Moment. So there for Justice should in will be served, in I want to file a Lawsuit on this incident for this Matter

Respectful submitted,

Denarius Antone, Roscoe
Inmate Signature

March 14, 2017
Date

Legal Department Adjustor's Signature

Date Received

A.R.P

A.R.P

Whom iT May Concern

Whom iT May Concern



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

Superintendent
Mississippi State Penitentiary

Post Office Box 1057
Parchman, Mississippi 38738
(662)745-6611

May 15, 2017

Inmate: Denarius Roscoe#169994
Unit: MCCF


RE:    Your Request for Administrative Remedy
       MCCF-17-77


I am in receipt of your request for Administrative Remedy concerning you're your conflict with Sgt. L. Jones.

It has been noted that you have a previously accepted ARP (MCCF-17-77) concerning the same issue.

Therefore, since this matter has already been accepted, this particular request is being returned to you and will not be processed.


Sincerely,

Lt. J. Collins
Administrative Remedy Program

JC

Pc:    File

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER _MCCF_ - _17_ - _77_

# FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Denacius Roscoe_                          _169994_
             Inmate's Name and DOC#            Housing Unit

FROM: _Sandra Rodgers_                         _Capt._
             Person to whom 1st Step is Directed   Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_Offender Roscoe, this incident is still under_
_Investigation._

_Sandra Rodgers_                               _4-27-17_
             Signature                          Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
         REASON:
_Because He told Sergent L. Jones that_

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

Inmate's Signature          DOC#                           Date

_____ al Claims Adjudicator - ORIGINAL

Demarius Ablesoff-Leamy
P.O. Box 1889 #ped #165
Woodville, ms, 39669

Inmate Correspondence
From a Correctional Facility

LEGAL

LEGAL

RECEIVED
JUL - 6 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Pro Se Law Clerk
U.S. District Court
301 W. Commerce #B

US POSTAGE
$01.90⁹
Mailed From 39669
07/03/2017
032A 0061842502